1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6 SAN JOSE DIVISION
7
8 SCOTT JOHNSON,
   Plaintiff,
   v.
   ANTONIO J. GATTO, et al.,
   Defendants.

Case No. 19-cv-00260-VKD

**ORDER CONTINUING DEADLINE FOR DISMISSAL**

Re: Dkt. No. 22

Based on plaintiff's response to the Court's October 16, 2019 Order to Show Cause, the Court continues the deadline for dismissal and related deadlines as follows:

On or before **December 27, 2019**, a dismissal shall be filed pursuant to Fed. R. Civ. P. 41(a)(1). Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a case without a court order (i) by notice if the defendant has not filed an answer or motion for summary judgment, or (ii) by stipulation signed by all parties who have appeared. Because defendants answered the complaint (Dkt. No. 9), plaintiff may not voluntarily dismiss this case absent a stipulation also signed by defendant or an order from the Court.

If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **January 7, 2020**, **10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this order no later than **January 3, 2020** explaining why their settlement has not been completed.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically

vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: December 18, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge