CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

J. Harmond Hughey, Esq. (SBN 151196)
ATTORNEY AT LAW
2872 Ygnacio Valley Rd., #415
Walnut Creek, California 94598
Telephone: (415) 573-9515
Email: jhhughey@yahoo.com
Attorneys for Defendants
Antonio J. Gatto; August R. Gatto II and El Sol Market, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br>v.<br><br>ANTONIO J. GATTO, in individual and representative capacity as trustee UTAD December 17, 1992; AUGUST R. GATTO II, in individual and representative capacity as trustee UTAD December 17, 1992; EL SOL MARKET, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 5:19-CV-00260-VKD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 18, 2019        CENTER FOR DISABILITY ACCESS

                                        By:   /s/ Amanda Lockhart Seabock
                                               Amanda Lockhart Seabock
                                               Attorneys for Plaintiff

Dated December 18, 2019         J. HARMOND HUGHEY
                                               Attorney at Law


                                        By:   /s/ J. Harmond Hughey
                                               J. Harmond Hughey
                                               Attorneys for Defendants
                                               Antonio J. Gatto; August R. Gatto II
                                               and El Sol Market, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to J. Harmond Hughey, counsel for Antonio J. Gatto; August R. Gatto II and El Sol Market, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: December 18, 2019     CENTER FOR DISABILITY ACCESS

By:   /s/ Amanda Lockhart Seabock
      Amanda Lockhart Seabock
      Attorneys for Plaintiff